UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24922-Civ-COOKE/TORRES

OFFICER JOSE ROSADO,

    Plaintiff,

vs.

CITY OF MIAMI GARDENS,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

BEFORE ME is Defendant City of Miami Gardens Motion for Summary Judgment (ECF No. 45). I have reviewed Defendant's Motion, Plaintiff's Response in Opposition, Defendant's Reply, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on March 2, 2018.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 45) is **GRANTED**.
2. A separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure shall issue concurrently.
3. The Clerk shall **CLOSE** this case.
4. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 8th day of March 2018.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*