UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24922-Civ-COOKE/TORRES

OFFICER JOSE ROSADO,

    Plaintiff,

vs.

CITY OF MIAMI GARDENS,

    Defendant.

_____/

### JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Granting Defendant's Motion for Summary Judgment (ECF No. 73), **JUDGMENT** is hereby entered in favor of Defendant City of Miami Gardens and against Plaintiff Officer Jose Rosado on Count I of Plaintiff's Complaint.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 8TH day of March 2018.

                                          MARCIA G. COOKE
                                          United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*